UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIA MARIE SERRANO,

                Plaintiff,

-against-

MAYOR ADAMS; NEW YORK STATE,

                Defendants.

25-cv-4757 (LTS)

CIVIL JUDGMENT

For the reasons stated in the September 26, 2025, order, this action is dismissed as duplicative of No. 25-CV-918 (LTS).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 1, 2025
           New York, New York

                                            /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                           Chief United States District Judge